UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| BLAKE WARNER | : | CIVIL ACTION NO. |
| | : | 8:23-cv-02967-MSS-AAS |
| v. | : | |
| | : | |
| CONNECTICUT STATE | : | |
| DEP'T OF REVENUE SERVICES | : | JANUARY 11, 2024 |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Patrick T. Ring, Assistant Attorney General for the State of Connecticut, moves for special admission to represent the Connecticut Department of Revenue Services in this action.

1. I am neither a Florida resident nor a member in good standing of the Florida Bar.

2. I am a member in good standing of the Connecticut Bar, and I am admitted to, and a member in good standing of, the United States District Court for the District of Connecticut (ct27416).  I am also admitted to the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States Bankruptcy Court for the District of Connecticut.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida, and to date I have never appeared in either state or federal court in Florida.

4. I will comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Middle District of Florida.

5. I am familiar with 28 U.S.C. § 1927, which provides:

   Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

   I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**MEMORANDUM OF LAW PURSUANT TO LOCAL RULE 3.01(a)**

Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida provides for the Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice by Assistant Attorney General Patrick T. Ring complies with the requirements of Local Rule 2.01.

WHEREFORE, Patrick T. Ring, Assistant Attorney General, respectfully requests that the Court grant his Motion for Special Admission so that he may appear *pro hac vice* on behalf of the Connecticut Department of Revenue Services.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I have conferred with the opposing party, Blake Warner, and represent that Mr. Warner does not oppose my special admission.

> DEFENDANT
> CONNECTICUT DEPARTMENT OF
> REVENUE SERVICES
>
> BY: /s/ Patrick T. Ring
> Patrick T. Ring
> Assistant Attorney General
> D. Conn. Bar No. ct27416
> 165 Capitol Avenue
> Hartford, CT  06106
> Tel:  (860) 808-5270
> Fax:  (860) 772-1709
> Email:  patrick.ring@ct.gov

## **CERTIFICATION**

I hereby certify that on January 11, 2024 a copy of the foregoing Motion for Special Admission was filed electronically and served by email on the plaintiff, Blake Warner, at blake@null3d.com.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Patrick T. Ring
Assistant Attorney General