UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| BLAKE WARNER | : | CIVIL ACTION NO. |
| | : | 8:23-cv-02967-MSS-AAS |
| v. | : | |
| | : | |
| CONNECTICUT STATE | : | |
| DEP'T OF REVENUE SERVICES *ET AL.* | : | JANUARY 24, 2024 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE CONNECTICUT DEPARTMENT OF REVENUE SERVICES TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, defendant Connecticut Department of Revenue Services ("DRS") hereby moves for extension of time to file either an answer or a motion under Rule 12(b) **on or before March 19, 2024**.

1.	The Plaintiff filed his original complaint on December 27, 2023. Dkt. # 1. DRS was the only defendant named in the original complaint. *See id*.

2.	DRS did not consider service of the original complaint to have been properly made. If, however, DRS were incorrect in its assessment, service of the original complaint was made on December 28, 2023. *See* Dkt. # 5. That, in turn, would mean that DRS's deadline to respond to the original complaint was January 18, 2024.

3.	On January 17, 2024, the Plaintiff filed an amended complaint. Dkt. # 10. In the amended complaint, the Plaintiff added a DRS employee, William Clato-Day ("Clato-Day"), as a defendant in his individual capacity. *Id*.

1

...

4. Undersigned counsel represents Clato-Day in this matter. *See* Dkt. # 19. On January 19, 2024, the Plaintiff sent a request for Clato-Day to waive service of the summons. That same day, the undersigned completed & returned on behalf of Clato-Day a waiver of service. *See* Dkt. # 17.

5. By agreeing to waive service, Clato-Day has sixty days after the date of the Plaintiff's waiver request to respond to the amended complaint. *See* Fed. R. Civ. P. 4(d)(3). Therefore, Clato-Day's current deadline to file an answer or Rule 12(b) motion is March 19, 2024.

6. As a state agency, however, DRS is not subject to the waiver of service provisions of Rule 4. *See* Fed. R. Civ. P. 4(d)(1), (j)(2). Consequently, DRS currently must respond to the amended complaint within fourteen days after it is served. *See* Fed. R. Civ. P. 15(a)(3).

7. Based upon information received from the Plaintiff, the amended complaint was served on DRS via the Connecticut Attorney General's Office on January 22, 2024. Assuming that is the relevant date, DRS's deadline to respond to the amended complaint is now February 5, 2024.

**MEMORANDUM OF LAW PURSUANT TO LOCAL RULE 3.01(a)**

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Good cause exists for providing DRS with additional time to file a response to

the amended complaint. As of right now, DRS and Clato-Day ("State Defendants") intend to jointly file a Rule 12(b) motion because the Plaintiff's claims against the State Defendants implicate several issues—including comity, the Tax Injunction Act, personal jurisdiction, Eleventh Amendment immunity, and venue—that the Court will likely have to address. The State Defendants thus need sufficient time to properly formulate their arguments and draft their motion.

But while Clato-Day's deadline is March 19, 2024, DRS's apparent deadline is more than a month earlier, February 5, 2024. That is, even though the claims against them are intertwined, the arguments they might raise in a Rule 12(b) motion would largely overlap, and they are represented by the same counsel, the State Defendants do not have the same deadline to respond to the amended complaint. DRS simply asks that its deadline be coextensive with Clato-Day's deadline.

WHEREFORE, DRS respectfully requests that the Court grant this motion for an extension of time so that it may file a response to the Plaintiff's amended complaint **on or before March 19, 2024**.

### LOCAL RULE 3.01(g) CERTIFICATION

I have conferred with the opposing party, Blake Warner, and represent that Mr. Warner does not oppose DRS's motion for an extension of time to file a response to the amended complaint.

         DEFENDANT
         CONNECTICUT DEPARTMENT OF
         REVENUE SERVICES

    BY: /s/ Patrick T. Ring
      Patrick T. Ring
      Assistant Attorney General
      D. Conn. Bar No. ct27416
      165 Capitol Avenue
      Hartford, CT  06106
      Tel:  (860) 808-5270
      Fax:  (860) 772-1709
      Email:  patrick.ring@ct.gov

## **CERTIFICATION**

I hereby certify that on January 24, 2024 a copy of the foregoing Unopposed Motion for Extension of Time for the Connecticut Department of Revenue Services to Respond to the First Amended Complaint was filed electronically and served by email on the plaintiff, Blake Warner, at blake@null3d.com.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF  System.

            /s/ Patrick T. Ring
            Assistant Attorney General