UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO. 8:23-cv-02967-MSS-AAS

BLAKE WARNER,

    Plaintiff,

v.

CONNECTICUT STATE DEPARTMENT
OF REVENUE SERVICES,
JPMORGAN CHASE BANK, N.A.,
and WILLIAM CLATO-DAY.

    Defendants.

_____/

**DEFENDANT JPMORGAN CHASE BANK'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and M.D. Fla. L.R. 3.01(a), Defendant JPMorgan Chase Bank, N.A. ("Chase") moves for an extension of time, through and including March 19, 2024, for it to respond to pro se Plaintiff's Verified First Amended Complaint. In support, Chase states:

1. On December 27, 2023, pro se Plaintiff filed his initial complaint against Defendant Connecticut State Department of Revenue Services claiming fraud, violations of Florida's Deceptive and Unfair Trade Practices Act and multiple alleged violations of 42 U.S. Code § 1983-Civil action for deprivation of rights.

1

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO. 8:23-cv-02967-MSS-AAS

2. On January 17, 2024, without any response filed by the one defendant, pro se Plaintiff filed his 20 page Verified First Amended Complaint, containing 13 counts and 2 additional defendants, Chase and William Clato-Day. The Verified First Amended Complaint included the same claims as the initial complaint, as well as additional claims against Chase for alleged violations of Fla. Stat. § 559.72(9) (the Florida Consumer Collection Practices Act), breach of fiduciary duty, conversion, and violations of Florida's Deceptive and Unfair Trade Practices Act.

3. As best as Chase can decipher, pro se Plaintiff's lawsuit stems from a tax warrant from Connecticut for approximately $2,284.00. The tax warrant was purportedly sent to Chase, which allegedly resulted in a hold on pro se Plaintiff's Chase account in the total amount of $1,671.44 and a $100.00 legal processing fee.

4. While it is unclear from reviewing the Verified First Amended Complaint, Chase's understanding is that pro se Plaintiff is claiming that the $1,671.44 hold and $100.00 legal processing fee are somehow illegal.

5. Chase's response to the Verified First Amended Complaint is due on February 9, 2024.

6. Chase contacted pro se Plaintiff to request additional time to review the allegations of the Verified First Amended Complaint so that it could have more time to investigate and formulate a proper response.

7. Pro se Plaintiff objected to the extension of time, claiming that he had settled with Defendants Connecticut State Department of Revenue Services and

2

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO. 8:23-cv-02967-MSS-AAS

William Clato-Day and therefore he would be amending his complaint for a second time to remove them as defendants and to add additional counts against Chase. Therefore, as pro se Plaintiff put it, it was "unnecessary" to agree to the extension of time to respond. Additionally, pro se Plaintiff would not agree to any extension of time for Chase to respond unless Chase consented to an order allowing pro se Plaintiff to amend his complaint again.

8. No motion for leave to amend the Verified First Amended Complaint has been filed as of the date of the filing of this motion.

9. Further, pro se Plaintiff has not provided notice to the Court that he has settled with Defendants Connecticut State Department of Revenue Services and William Clato-Day.

10. Prior to Chase's involvement in this case, pro se Plaintiff consented to Defendant Connecticut State Department of Revenue Services' request for an extension of time to respond to the Verified First Amended Complaint, through and including March 19, 2024, which this Court granted. Both Defendants Connecticut State Department of Revenue Services' and William Clato-Day's responses are due March 19, 2024.

11. Connecticut State Department of Revenue Services stated in the Unopposed Motion for Extension of Time that it and Defendant William Clato-Day[1] intend to jointly file a Rule 12(b) motion.

---

[1] Defendants Connecticut State Department of Revenue Services and William Clato-Day are represented by the same counsel.

3

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO. 8:23-cv-02967-MSS-AAS

12. Chase is now placed in a situation where it will be forced to file a response to the Verified First Amended Complaint that may be moot according to Plaintiff's representation of settlement. Additionally, Chase's response is due more than a month before Defendants Connecticut State Department of Revenue Services and William Clato-Day's response is due.

13. Chase requests that its deadline to respond be extended to the same date as the co-defendants' response.

14. Chase shows good cause for the requested extension, which will not prejudice any party or the Court. Pro se Plaintiff has represented that the operative complaint has not even been filed yet. Furthermore, this case is not set for trial and is at its beginning stages, so the requested extension will not affect any critical deadlines.

15. The Court has the discretion to grant the requested extension of time for cause shown. *See* Fed. R. Civ. P. 6(b).

16. Pursuant to Local Rule 3.01(f), no proposed order on this motion is being filed with this motion.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. respectfully requests that the Court grant this motion, grant Chase an extension through and including March 19, 2024 to respond to the Verified First Amended Complaint, and grant any additional relief that the Court deems proper.

4

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO. 8:23-cv-02967-MSS-AAS

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in this motion. The conferences took place via telephone. Pro se Plaintiff has advised that he opposes the extension sought in this motion.

Date: February 8, 2024.

    Respectfully submitted:

    Homer Bonner Jacobs Ortiz, P.A.
    Attorneys for Defendant JPMorgan
    Chase Bank, N.A.
    1200 Four Seasons Tower
    1441 Brickell Avenue
    Miami Florida 33131
    Phone: (305) 350-5100
    Fax: (305) 372-2738

    By:  /s/ *Anthony M. Diblasi*
        Jose A. Ortiz, Esq.
        Email: jortiz@homerbonner.com
        Florida Bar No. 182321
        Anthony M. Diblasi, Esq.
        Email: adiblasi@homerbonner.com
        Florida Bar No.: 117681

5

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO. 8:23-cv-02967-MSS-AAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing is being served this day on all counsel of record and pro-se plaintiff via transmission of Notice of Electronic Filing generated by CM/ECF.

By:   */s/ Anthony M. Diblasi*
　　　Anthony M. Diblasi

HomeR BonneR Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com