# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

      v.

Connecticut State Department
of Revenue Services,
J.P. Morgan Chase Bank N.A.,
William Clato-Day

Case Number 8:23-CV-02967-MSS-AAS

## Notice of Settlement

Pursuant Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants Connecticut State Department of Revenue Services and William Clato-Day have reached a settlement in this case today.

2-9-2024

Date

Signature

Blake Warner, *pro-se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1