# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Connecticut State Department of Revenue Services,
J.P. Morgan Chase Bank N.A.,
William Clato-Day

Case Number 8:23-CV-02967-MSS-AAS

## Joint Stipulation of Dismissal with Prejudice

Plaintiff, Blake Warner, *pro se*, Defendant Connecticut State Department of Revenue Services ("CTDRS"), and Defendant William Clato-Day ("Mr. Clato-Day"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of all claims against Defendants CTDRS and Mr. Clato-Day. Each side is to bear their own attorneys fees and costs.

| | |
|---|---|
| 2-9-2024 | /s/ Patrick T. Ring |
| Date | Signature |

Patrick T. Ring.

Assistant Attorney General

D. Conn. Bar No. ct27416

165 Capitol Avenue

Hartford, CT 06106

Tel: (860) 808-5270

Fax: (860) 772-1709

Email: patrick.ring@ct.gov

| | |
|---|---|
| 2-9-2024 | [signature] |
| Date | Signature |

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

2