

Blake Warner <blake@null3d.com>

## Warner v. Connecticut State Dept. Revenue Services, et al
10 messages

---

**Anthony Diblasi** <adiblasi@homerbonner.com>  Tue, Feb 6, 2024 at 12:53 PM
To: "blake@null3d.com" <blake@null3d.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Warner,

We have been engaged to represent JPMorgan Chase Bank, N.A. in the captioned matter. Can we agree to an additional 20 days for Chase to file its response to the complaint? The new deadline would be February 29th.

I would also like to speak with you regarding this matter. Please give me a call on my direct line (305) 350-5105 or let me know what time works best for later this afternoon or tomorrow morning. Thank you.

Regards,

Anthony M. Diblasi



1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
P: 305 350 5165
adiblasi@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law. If you are not the intended recipient, you may not disseminate, distribute, or retain the email. Instead, please notify the sender and delete the email. Thank you.

---

**Blake Warner** <blake@null3d.com>  Tue, Feb 6, 2024 at 12:56 PM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Hello Mr. Diblasi,

I have a meeting in 4 minutes, but should be free to give you a call around 1:30 PM EST.

best regards,
-Blake
[Quoted text hidden]

---

**Anthony Diblasi** <adiblasi@homerbonner.com>  Tue, Feb 6, 2024 at 12:57 PM
To: Blake Warner <blake@null3d.com>

Cc: Jose Ortiz <JOrtiz@homerbonner.com>

I will be available and expecting your call at 1:30 PM EST. Thank you.

Regards,

Anthony M. Diblasi



1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
P: 305 350 5165
adiblasi@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law. If you are not the intended recipient, you may not disseminate, distribute, or retain the email. Instead, please notify the sender and delete the email. Thank you.

[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>      Tue, Feb 6, 2024 at 1:45 PM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Hello Anthony,

Here is the court docket and order exempting the funds as we discussed: https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV245081450S

The court indicated that it mailed the order to Chase on 1-26-2024.

best regards,
-Blake

[Quoted text hidden]

> 📄 chase_release_order.pdf
> 4K

---

**Blake Warner** <blake@null3d.com>      Tue, Feb 6, 2024 at 3:34 PM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>



**Blake Warner** <blake@null3d.com>  Wed, Feb 7, 2024 at 10:05 AM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Diblasi:

Apologies for not getting a draft of the amended complaint to you last night, something important came up. Will get it to you some time today.

best regards,
-Blake

[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>  Wed, Feb 7, 2024 at 6:00 PM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Diblasi:

Please find the attached draft of the SAC.

regards,
-Blake

[Quoted text hidden]

 sac.pdf
89K

---

**Anthony Diblasi** <adiblasi@homerbonner.com>  Thu, Feb 8, 2024 at 11:33 AM
To: Blake Warner <blake@null3d.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Warner,

I have reviewed the proposed Second Amended Complaint. You still have the other defendants in there. You had advised me that you had settled with them and would be removing them from this complaint. Is that still the case? Additionally, you have not identified any constitutional violations as it relates to Chase. Given these two issues, Chase is not agreeing to allow you to file the second amended complaint you have provided.

If you are intent on filing a Second Amended Complaint, I would again request that you agree to an extension of time for Chase to respond to the Verified First Amended Complaint. That will give you time to file your motion for leave to amend and for the Court to rule on it.

[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>  Thu, Feb 8, 2024 at 11:44 AM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Diblasi:

The complaint is for stating facts, not arguing law. Additionally, it is inappropriate to withhold consent to amend because you have a differing opinion on the law. You can raise those matters in a rule 12 motion. Can you articulate any manner in which the amendment would prejudice Chase?

As an aside, you only asked for an amended complaint, if you want to confer on the law around Chase's potential 1983 liability, I am wiling to have that conversation with you, though as stated previously I feel that conversation is premature and more appropriate in a rule 12 conference.

best regards,
-Blake

[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>      Fri, Feb 9, 2024 at 1:01 PM
To: Anthony Diblasi <adiblasi@homerbonner.com>
Cc: Jose Ortiz <JOrtiz@homerbonner.com>

Mr. Diblasi:

I filed the attached notice of dismissal wrt the state defendants today. Has your position changed on consent to amend the complaint?

regards,
-Blake

[Quoted text hidden]

📄 **joint_stipulated_dismissal.pdf**
120K